Paul E. Madison, Asst. Public Defender, St. Charles, for movant-appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

## ORDER

PER CURIAM.

Movant appeals from the denial of his motion to set aside the dismissal of his Rule 27.26 motion. We affirm pursuant to Rule 84.16(b). No error of law appears and an extended opinion would have no precedential value.

to vacate sentence. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**James DUNKINS, Appellant.**

No. 56235.

Missouri Court of Appeals,
Eastern District,
Division One.

April 10, 1990.

**Ronald DEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 56102.

Missouri Court of Appeals,
Eastern District,
Division One.

April 10, 1990.

Raymond L. Legg, Robert R. Turley, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant appeals the denial after an evidentiary hearing of his Rule 29.15 motion

